**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6256**

_____

MUHAMMAD JALAL DEEN AKBAR,

Plaintiff - Appellant,

versus

JEAN ZULA, Psychiatrist; SALLY JOHNSON, Doctor,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-99-796-5-BO)

_____

Submitted: May 11, 2000          Decided: May 18, 2000

_____

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Muhammad Jalal Deen Akbar, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muhammad Jalal Deen Akbar appeals from the district court's order dismissing as frivolous his <u>Bivens</u>* action.  Our review of the record discloses that this appeal is without merit.  Accordingly, we affirm the district court's order on the reasoning of the district court.  <u>See</u> <u>Akbar v. Zula</u>, No. CA-99-796-5-BO (E.D.N.C. Jan. 28, 2000).  We deny Akbar's pending motions for extraordinary relief, for an injunction, for an enlargement of time, and, because this appeal presents no complex issues, we also deny his motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

*  <u>See</u> <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).